IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03074-BNB

WILLIAM MAUNZ,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, William Maunz, is an inmate at the Denver County Jail in Denver, Colorado. Mr. Maunz initiated this action by filing *pro se* a letter to the Court alleging that he had been assaulted by deputies at the Denver County Jail. On January 5, 2011, Magistrate Judge Boyd N. Boland entered an order directing Mr. Maunz to cure certain deficiencies if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Maunz to file a Prisoner Complaint and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On January 12, 2011, Mr. Maunz filed a "Motion to Cure, No Named Defendants, for Civil/Prisoner's Motion." On January 24, 2011, Mr. Maunz filed a "Motion to Change Caption for No Named Defendants, Civil/Prisoner's Complaint" and a document titled "Affidavit for Assault." On January 28, 2011, Mr. Maunz filed a letter to the Court

inquiring about a motion to change the caption. On January 31, 2011, Mr. Maunz filed on the proper form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On February 9, 2011, Mr. Maunz filed a "Motion for Extension or Enlargement" seeking an extension of time to cure the deficiencies. On February 11, 2011, Magistrate Judge Boland entered a minute order granting the motion for an extension of time and directing Mr. Maunz to cure the deficiencies within thirty days.

Mr. Maunz has failed to cure all of the deficiencies because he has failed to file a Prisoner Complaint and he has failed to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion as directed and as required pursuant to 28 U.S.C. § 1915(a)(2). Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this 21st day of March, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03074-BNB

William Maunz
Prisoner No. 457517
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk