# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03074-LTB

WILLIAM MAUNZ,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Reconsider/Stay of Proceedings Pursuant to Fed. R. Civil P. 62 28 U.S.C. § 2241" (Doc. #15) filed on April 6, 2011, is DENIED.

Dated: April 6, 2011